UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

FILED

2007 JUN 18 P 4: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Northern District of California, San Jose
2112 United States Courthouse
280 South First Street
San Jose, CA 95113

5-07-70304-HRL

RE:         USA vs.
USDC No.:   1:07-MJ-00138-SMS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated June 12, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                    Very truly yours,

June 14, 2007        /s/ A. Gil-Garcia
                        Deputy Clerk

RECEIVED BY: _____
                    Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

emailed rec dre.

Case 1:07-mj-00138-SMS    Document 5    Filed 06/12/2007    Page 1 of 1

## COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA  vs  TRUE NAME: CARLOS BARRERA-RAMIREZ  JOHN DOE aka GUSTAVO Barrera-Morales | Docket Number  Magistrate Case Number  1:07-MJ-00138 |

FILED JUN 12 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT    ☐ INFORMATION    ☒ COMPLAINT    ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 18 U.S.C. § SECTION 1424

DISTRICT OF OFFENSE: Northern of California, San Jose

DESCRIPTION OF CHARGES: impersonate another person as an applicant—naturalization & citizenship

CURRENT BOND STATUS: __ Bail fixed at _____ and conditions were not met

☒ Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

Representation: __ Retained Counsel  ☒ Federal Defender  __ CJA Attorney  __ None

Interpreter Required?  __ No  ☒ Yes  Language: Spanish

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

June 12, 2007
Date

SANDRA M. SNYDER, United States Magistrate Judge

### RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

as of 10/2000

CLOSED, INTERPRETER

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:07-mj-00138-SMS All Defendants
### Internal Use Only

Case title: USA v. Barrera-Ramirez

Date Filed: 06/12/2007
Date Terminated: 06/12/2007

Assigned to: Magistrate Judge Sandra M. Snyder

**Defendant**

**Carlos Barrera-Ramirez** (1)
*TERMINATED: 06/12/2007*
*also known as*
Gustavo Barrera-Morales (1)
*TERMINATED: 06/12/2007*
*also known as*
Gustano Berrera-Morales (1)
*TERMINATED: 06/12/2007*

represented by **Eric Vincent Kersten**
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
(559) 487-5561
Fax: (559) 487-5950
Email: eric_kersten@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**
USA

represented by **Mark Joseph McKeon**
United States Attorney's Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
559-497-4048
Fax: 559-497-4099

I hereby attest and certify on 6/14/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

Email: mark.mckeon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2007 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to John Doe (Gil-Garcia, A) (Entered: 06/12/2007) |
| 06/12/2007 | 2 | MINUTES (Text Only) for proceedings held before Judge Sandra M. Snyder on 6/12/2007: Oral MOTION for appointment of counsel - So Ordered. INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS from ND of CA, San Jose re Criminal Complaint as to John Doe held - received complaint, waived ID Hearing; **TRUE NAME - Carlos Barrera-Ramirez**. DETENTION HEARING held, brief discussion, submitted - defendant Ordered **DETAINED and TRANSPORTED.** Government Counsel M. McKeon present. Defense Counsel E. Kersten - FD appointed present. Custody Status: Custody. Court Reporter/CD Number: J. Vasquez. Interpreter SPANISH - A. Watrous present. (Herman, H) (Entered: 06/12/2007) |
| 06/12/2007 | 3 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Carlos Barrera-Ramirez. (Lundstrom, T) (Entered: 06/13/2007) |
| 06/12/2007 | 5 | COMMITMENT to ANOTHER DISTRICT as to Carlos Barrera-Ramirez. Defendant committed to District of Northern District of California, San Jose., Carlos Barrera-Ramirez terminated. Signed by Judge Sandra M. Snyder on 6/12/07. (Gil-Garcia, A) (Entered: 06/14/2007) |
| 06/14/2007 | 4 | DETENTION ORDER as to Carlos Barrera-Ramirez signed by Judge Sandra M. Snyder on 6/14/2007. (Lucas, G) (Entered: 06/14/2007) |
| 06/14/2007 | 6 | TRANSMITTAL of DOCUMENTS on *6/12/2007* to * Northern District of California, San Jose* *2112 United States Courthouse* *280 South First Street* *San Jose, CA 95113*.<br>*Electronic Documents: 1 to 4. *. (Gil-Garcia, A) (Entered: 06/14/2007) |